UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-00480-AA |
| v. | INDICTMENT |
| HUARLEEN DOVE BAIN, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | **UNDER SEAL** |

THE GRAND JURY CHARGES:

### COUNT 1
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about March 21, 2020, in the District of Oregon, defendant **HUARLEEN DOVE BAIN**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Supplying contraband, in the Circuit Court of the State of Oregon for Marion County, in Case No. 11C-44486, on or about November 1, 2011;

(2) Manslaughter I, in the Circuit Court of the State of Oregon for Multnomah County, in Case No. 0003-32459, on or about October 12, 2000; and,

(3) Attempted murder with a firearm, in the Circuit Court of the State of Oregon for Multnomah County, in Case No. 0003-32459, on or about October 12, 2000;

did knowingly and unlawfully possess the following firearm: a Springfield Armory XD .40 caliber pistol, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **HUARLEEN DOVE BAIN** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Springfield Armory XD .40 caliber pistol and any ammunition.

Dated: October 15, 2020

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

JEFFREY S. SWEET
Assistant United States Attorney